JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSICA R. KISNER, | ) | Case No. 2:19-CV-00673-EFB |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to October 21, 2019, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. It is requested due to Plaintiff's counsel's heavy briefing schedule.

**Kisner v. Berryhill**        **Stipulation and** ~~**Proposed**~~ **Order**        **E.D. Cal. 2:19-cv-00673-EFB**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                                        Respectfully submitted,

Date: September 16, 2019                      JACQUELINE A. FORSLUND
                                                                        Attorney at Law

                                                        */s/Jacqueline A. Forslund*
                                                        JACQUELINE A. FORSLUND

                                                        Attorney for Plaintiff

Date: September 16, 2019                      MCGREGOR W. SCOTT
                                                                        United States Attorney
                                                                        DEBORAH STACHEL
                                                                        Regional Chief Counsel, Region IX
                                                                        Social Security Administration

                                                        */s/S. Wyeth McAdam*
                                                        S. WYETH MCADAM
                                                        Special Assistant United States Attorney
                                                        *By email authorization

                                                        Attorney for Defendant

                                                                        <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: September 19, 2019.                _____
                                                     EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE