JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSICA R. KISNER, | ) | Case No.  2:19-CV-00673-EFB |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to November 20, 2019, for Plaintiff to file her motion for summary judgment and/or remand ~~Opening Brief~~, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested due to the fact that the record in this case is extremely lengthy and is taking longer than anticipated to review.

**Kisner v. Berryhill**        **Stipulation and Proposed Order**        **E.D. Cal. 2:19-cv-00673-EFB**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: October 17, 2019            JACQUELINE A. FORSLUND
Attorney at Law


*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff


Date: October 17, 2019            MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/S. Wyeth McAdam*
S. WYETH MCADAM
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: October 21, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Kisner v. Berryhill**         **Stipulation and Proposed Order**         **E.D. Cal. 2:19-cv-00673-EFB**