JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSICA R. KISNER, | ) | Case No.  2:19-cv-00673-EFB |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S REPLY BRIEF** |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 21 Days to March 25, 2020, for Plaintiff to file her Reply Brief, in accordance with the Court's Scheduling Order.   It is requested due to the fact that Plaintiff's counsel has multiple filings due over the next couple of weeks and needs additional time to examine and respond to Defendant's arguments.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 3, 2020  JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: March 3,2020  MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/S. Wyeth McAdam*
S. WYETH MCADAM
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: March 4, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Kisner v. Berryhill**  **Stipulation and** ~~Proposed~~ **Order**  **E.D. Cal. 2:19-cv-00673-EFB**