1  FORSLUND LAW, LLC
2  Jacqueline A. Forslund # 154575
   P.O. Box 4476
3  Sunriver, OR  97707
   Telephone:    541-419-0074
4  Fax:          541-593-4452
   Email:        jaf@forslundlaw.com
5
6  Attorney for Plaintiff

7              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
8
9  JESSICA R. KISNER,                )   Case No.  2:19-CV-00673-EFB
                                     )
10        Plaintiff                  )   **STIPULATION AND** ~~PROPOSED~~
                                     )   **ORDER FOR AWARD OF ATTORNEY'S**
11 v.                                )   **FEES UNDER THE EQUAL ACCESS TO**
                                     )   **JUSTICE ACT (EAJA)**
12 ANDREW M. SAUL,                   )
13 Commissioner of Social Security,  )
                                     )
14        Defendant                  )
                                     )
15 _____     )
16
17        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
18 subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal
19 Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of EIGHT THOUSAND FIVE
20 HUNDRED dollars and ZERO cents ($8,500.00).  This amount represents compensation for all legal
21 services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance
   with 28 U.S.C. sec. 2412(d).
22        After the Court issues an order for EAJA fees to Plaintiff, the government will consider the
23 matter of Plaintiff's assignment of EAJA fees to Jacqueline A. Forslund (Counsel).  Pursuant
24 to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on
25 whether the fees are subject to any offset allowed under the United States Department of the
26 Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine
27 whether they are subject to any offset.  Fees shall be made payable to Plaintiff, but if the Department
   of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause
28

the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Counsel.

The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Jacqueline A. Forslund. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  December 23, 2020              JACQUELINE A. FORSLUND
                                      Attorney at Law


                                      */s/Jacqueline A. Forslund*
                                      JACQUELINE A. FORSLUND
                                      Attorney for Plaintiff

Date:  December 23, 2020              MCGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      */s/Chantal Jenkins*
                                      CHANTAL JENKINS
                                      Special Assistant United States Attorney
                                      *By email authorization
                                      Attorney for Defendant

                    ORDER

APPROVED AND SO ORDERED.


DATED:  January 11, 2021.             _____
                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

**Kisner v. Saul**            **Stipulation and ~~Proposed~~ Order**        **E.D. Cal. 2:19-cv-00673-EFB**